UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 24-40667
 Chapter 13
Brandon Yopp,
 Judge Maria L. Oxholm
    Debtor.

_____

## ORDER DIRECTING PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION OF DEBTOR

THIS MATTER is before the Court on the *Motion for Order Directing Production of Documents and Oral Examination of Debtor* (the "Motion") filed by I Am Detroit, Inc. and Hatteras, Inc. (collectively "the Creditors"); notice of the Motion was properly served; the Debtor timely filed a response to the Motion on March 26, 2024 and a hearing was held on the Motion on April 15, 2024 (the "Hearing") and, for the reasons stated in the Motion and on the record at the Hearing and wherein presentment of the order was waived,

NOW THEREFORE, IT IS HEREBY ORDERED, the Motion is GRANTED, Debtor, is hereby directed to produce the following records to Creditors within seven days of the entry of this Order: (a) the correct spelling of the first and last name of each of the current members of US Printing and Packaging, LLC ("USPP"); (b) the current operating agreement for USPP; (c) USPP's tax returns for the years 2021 through 2023; (d) Debtor's personal tax returns for the years 2021 through 2023; (e)

1

132553270v1

any existing valuations or appraisals of USPP in the last two years; (f) valuations or appraisals of the Debtor's current residence in the last two years; (g) Debtor's paystubs for December 2023 and year to date paystub through the date of this Order; and (h) any records pertaining to the sale of the assets of USPP or the sale of Debtor's membership interest in USPP, including but not limited to, any written purchase offers, business sale listings or business broker listing agreements.

NOW THEREFORE, IT IS FURTHER ORDERED, that Creditors' are authorized to file and serve upon Debtor a notice of deposition of Debtor, Brandon Yopp, at least seven days in advance of the Rule 2004 examination date.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| In re: | ) Case No. 24-40667 |
| | ) Chapter 13 |
| Brandon Yopp, | ) |
| | ) Judge Maria L. Oxholm |
| Debtor. | ) |
| | ) |

### NOTICE OF MOTION FOR ORDER DIRECTING PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION OF DEBTOR

I Am Detroit, Inc. and Hatteras, Inc. (collectively "the Creditors") has filed papers with the Court seeking entry of an Order pursuant to Fed. R. Bankr. P. 2004, directing Debtor to produce records and for Debtor to appear for oral examination.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, within fourteen (14) days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

   **United States Bankruptcy Court**
   **211 West Fort Street**
   **Detroit, Michigan 48226**

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

3

24-40667-mlo    Doc 30    Filed 04/15/24    Entered 04/15/24 15:16:54    Page 3 of 6

You must also send a copy to:

> Kimberly Ross Clayson (P69804)
> R. Christopher Cataldo (P39353)
> Deborah S. Rubin (P58752)
> Counsel to Creditors, I Am Detroit, Inc. and Hatteras, Inc.
> 27777 Franklin Road, Suite 2500
> Southfield, Michigan 48034
> kclayson@taftlaw.com
> ccataldo@taftlawcom
> drubin@taftlaw.com

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion, and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Respectfully submitted by:

**TAFT, STETTINIUS & HOLLISTER, LLP**

Dated: March 14, 2024    By:   /s/ Kimberly Ross Clayson
                                Kimberly Ross Clayson (P69804)
                                R. Christopher Cataldo (P39353)
                                27777 Franklin Road, Suite 2500
                                Southfield, Michigan 48034
                                Phone: (248) 351-3000
                                kclayson@taftlaw.com
                                ccataldo@taftlawcom

                                *Counsel to Creditors, I Am Detroit, Inc. and Hatteras, Inc.*

4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| In re: | ) Case No. 24-40667 |
|---|---|
| Brandon Yopp, | ) Chapter 13 |
| | ) |
| | ) Judge Maria L. Oxholm |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I caused a copy of the following to be served:

*(i)* *Motion for Order Directing Production of Documents and Oral Examination of Debtor*;
*(ii)* *Notice of Motion for Order Directing Production of Documents and Oral Examination of Debtor*; and
*(iii)* this *Certificate of Service.*

On all parties who are registered to receive electronic notification via the court's ECF filing system, including the Debtor's counsel, and the United States Trustee.

Respectfully submitted by:

**TAFT, STETTINIUS & HOLLISTER, LLP**

Dated: March 14, 2024   By:   /s/ Kimberly Ross Clayson
        Kimberly Ross Clayson (P69804)
        R. Christopher Cataldo (P39353)

27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
kclayson@taftlaw.com
ccataldo@taftlawcom

*Counsel to Creditors, I Am Detroit, Inc. and Hatteras, Inc.*

**Signed on April 15, 2024**



/s/ Maria L. Oxholm

**Maria L. Oxholm
United States Bankruptcy Judge**

2