**/s/**
# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
Brandon Yopp                                                        CHAPTER 13
                                                                    CASE NO: 24-40667
_____/                                             JUDGE:  OXHOLM
 Debtor(s)

## STIPULATION ADJOURNING HEARING

This matter currently scheduled for hearing on _____April 15, 2024_____, regarding
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):**

- [ ] the First Meeting of Creditors.
- [ ] a Motion to Dismiss case.           [x] Confirmation of Plan.
- [ ] a Motion to lift stay as to Creditor _____.
- [ ] Other:_____.

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS STIPULATED AND AGREED that:**
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

- [x] The above referenced matter is adjourned to ____July 22, 2024 @ 10:00 a.m._____.
- [ ] Debtor(s) shall file and serve amended _____on or before _____.
- [ ] Debtor(s) shall attend the adjourned First Meeting of Creditors.
- [ ] Other: __

**IT IS FURTHER STIPULATED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

**IT IS FURTHER STIPULATED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

Approved per Local Rules (E.D.M.)

*/s/Tammy L. Terry*_____                  Approved as to Form and Content:

 TAMMY L. TERRY (P46254)                                    /s/   Marguerite Hammerschmidt
Chapter 13 Standing Trustee                                 MARGUERITE HAMMERSCHMIDT (P53908)
535 Griswold, Suite 2100                                    HS & A, PC
Detroit, MI   48226                                         26676 Woodward Ave.
(313) 967-9857                                              Royal Oak, MI 48067
                                                            (248) 988-8335
                                                            admin@hammer-stick.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Brando Yopp

_____/ Debtor(s)

CHAPTER 13
CASE NO: 24-40667
JUDGE: OXHOLM

## ORDER ADJOURNING HEARING

This matter currently scheduled for hearing on _____April 15, 2024 _____, regarding **(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):**

- ☐ the First Meeting of Creditors.
- ☐ a Motion to Dismiss case.
- ☒ Confirmation of Plan.
- ☐ a Motion to lift stay as to Creditor _____.
- ☐ Other:_____.

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS ORDERED AND AGREED that:**
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

- ☒ The above referenced matter is adjourned to ___July 22, 2024 at 10:00 a.m._____.
- ☐ Debtor(s) shall file and serve amended _____on or before _____.
- ☐ Debtor(s) shall attend the adjourned First Meeting of Creditors.
- ☐ Other: __

**IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

**IT IS FURTHER ORDERED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.