# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 24-40667 <br> Chapter 13 |
| Brandon Yopp, | Judge Maria L. Oxholm |
| Debtor. | |

## STIPULATION TO EXTEND THE DEADLINE
## TO OBJECT TO DISCHARGEABILITY

I Am Detroit, Inc. and Hatteras, Inc. (collectively, "the Creditors"), through their respective counsel, stipulate as follows:

1. Debtor's counsel has agreed to extend the Creditors' deadline to object to dischargeability of certain debts under section 523, chapter 13, title 11 of the United States Code, from May 6, 2024 to July 1, 2024;

WHEREFORE, consistent with this stipulation, Debtor and the Creditors stipulate, agree and respectfully request this Court to enter the proposed Stipulated Order, attached hereto as **Exhibit 1.**

1

Respectfully submitted,

| | |
|---|---|
| **TAFT STETTINIUS & HOLLISTER, LLP** | **HS&A, P.C.** |
| By: /s/ *Kimberly Ross Clayson*<br>Kimberly Ross Clayson (P69804)<br>R. Christopher Cataldo (P39353)<br>27777 Franklin Road, Ste. 2500<br>Southfield, MI 48034<br>(248) 351-3000<br>kclayson@taftlaw.com<br>ccataldo@taftlaw.com | By: /s/ *Marguerite Hammerschmidt*<br>(w/permission)<br>Marguerite Hammerschmidt (P53908)<br>26676 Woodward Avenue<br>Royal Oak, MI 48067<br>(248) 988-8335<br>admin@hammer-stick.com |
| *Counsel to Creditors,*<br>*I Am Detroit, Inc. and Hatteras, Inc.* | *Counsel for Debtor* |
| Dated: April 23, 2024 | Dated: April 23, 2024 |

**EXHIBIT 1**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Case No. 24-40667
  Chapter 13
Brandon Yopp,
  Judge Maria L. Oxholm
  Debtor.

## ORDER TO EXTEND THE DEADLINE TO OBJECT TO DISCHARGEABILITY

**THIS MATTER** came before the Court upon the stipulation between I Am Detroit, Inc. and Hatteras, Inc. (collectively "the Creditors"), and Debtor, Brandon Yopp (the "Debtor"), the Court read the same and is otherwise fully advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Creditors' deadline to object to dischargeability of certain debts under section 523, chapter 13, title 11 of the United States Code is hereby extended from May 6, 2024 to July 1, 2024.