UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                     Case No. 24-40667
                                            Chapter 13
Brandon Yopp,                     Judge Maria L. Oxholm

    Debtor.

_____

### ORDER TO ADJOURN DEBTOR EXAMINATION AND EXTEND THE DEADLINE TO OBJECT TO DISCHARGEABILITY

**THIS MATTER** came before the Court upon the stipulation between I Am Detroit, Inc. and Hatteras, Inc. (collectively "the Creditors"), and Debtor, Brandon Yopp (the "Debtor"), the Court read the same and is otherwise fully advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the examination of Debtor, Brandon Yopp, is adjourned from June 26, 2024 to July 1, 2024 at 2:00 pm; and

**IT IS FURTHER HEREBY ORDERED** that Creditors' deadline to object to dischargeability of certain debts under section 523, chapter 13, title 11 of the United States Code is hereby extended from July 1, 2024 to July 22, 2024.

**Signed on June 26, 2024**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**