UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:  Case No.: 24-40667
 Judge: Oxholm
 Chapter: 13

Brandon Yopp,
                Debtor.
_____/

## RESPONSE TO MOTION FOR ORDER DIRECTING PRODUCTION OF DOCUMENTS OF US PRINTING & PACKAGING, LLC

Now comes debtor by and through his attorney, HS&A P.C. and states the following as their RESPONSE TO MOTION FOR ORDER DIRECTING PRODUCTION OF DOCUMENTS OF US PRINTING & PACKAGING LLC.

1. Admitted.
2. Admitted.
3. Neither admit nor deny but leave the petitioner to their proofs.
4. Neither admit nor deny but leave the petitioner to their proofs.
5. Admitted.
6. Neither admit nor deny but leave the petitioner to their proofs. Debtor further states he has turned over all documents requested by the Creditor including but not limited to all information regarding US Printing & Packaging LLC. This Motion is a continued pattern of harassment that Creditor has perpetrated on Debtor throughout the State Court Litigation and this bankruptcy proceeding. The only reason for this motion is to harass and embarrass Debtor in front of his colleagues and business partners.
7. Admitted although Debtor has provided all requested documents Creditor requested of his personal items and business records. Debtor further testified at his 2004 Examination that US Printing & Packaging does not have income statements, account payable ledgers, account receivable ledgers, balance sheets nor does it have a Profit and Loss Statement. US Printing & Packaging, as debtor testified to during his 2004 Examination does not presently have an accountant or book keeper and therefore does not have these records.
8. Neither admit nor deny but leave the petitioner to their proofs.
9. Neither admit nor deny but leave the petitioner to their proofs.

10. Neither admit nor deny but leave the petitioner to their proofs.

11. Neither admit nor deny but leave the petitioner to their proofs and Debtor would reiterate that this Motion is only to harass the Debtor.

12. Denied as untrue as the intention and basis for this Motion is only to continue to harass and embarrass Debtor and there is not good cause on behalf of the Creditor.

13. Neither admit nor deny but leave the petitioner to their proofs.

Wherefore, debtor requests this court to deny the Motion for Order Directing Production of Documents.

Dated: July 31, 2024 /s/ Marguerite Hammerschmidt
Marguerite Hammerschmidt (P53908)
Attorneys for Debtor
26676 Woodward Ave.
Royal Oak, MI 48067
(248) 988-8335

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:  Case No.: 24-40667
 Judge: Oxholm
 Chapter: 13

Brandon Yopp,
                Debtor.
_____/

## PROOF OF SERVICE

On the 31st of July 2024, a copy of Debtor's Response to Motion for Order Directing Production of Documents this Proof of Service were served electronically or by regular first class mail to the following:

U.S. Trustee, 211 West Fort Street, Suite 700, Detroit, MI 48226;

Chapter 13 Trustee, Tammy L. Terry

Brando Yopp, 55647 Worlington Lane, South Lyon, MI 48178

Kimberly Ross Clayson, Attorney for I Am Detroit Inc., and Hatteras, Inc, 27777 Franklin Road, Suite 2500, Southfield, MI 48034

                                        /s/ Marguerite Hammerschmidt
                                        Marguerite Hammerschmidt
                                        Employee of HS&A, P.C.