UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                           Case No. 24-40667
                                                 Chapter 13
BRANDON YOPP,
                                                 Judge Maria L. Oxholm
    Debtor.

---

### STIPULATION DIRECTING PRODUCTION OF DOCUMENTS OF US PRINTING & PACKAGING, LLC

Debtor, Brandon Yopp, Creditors I Am Detroit, Inc. and Hatteras, Inc. and US Printing & Packaging, LLC by and through their undersigned counsel stipulate to the entry of the Order attached as **Exhibit A** hereto.

                                                 Respectfully submitted,

| | |
|---|---|
| **TAFT, STETTINIUS & HOLLISTER, LLP** | **HS&A, P.C.** |
| By: /s/ Kimberly Ross Clayson | By: /s/Marguerite Hammerschmidt |
| Kimberly Ross Clayson (P69804) | Marguerite Hammerschmidt (P53908) |
| R. Christopher Cataldo (P39353) | Timothy P. Stickradt (P57110) |
| 27777 Franklin Road, Suite 2500 | 26676 Woodward Ave. |
| Southfield, Michigan 48034 | Royal Oak, MI 48067 |
| Phone: (248) 351-3000 | (248) 988-8335 |
| kclayson@taftlaw.com | admin@hammer-stick.com |
| ccataldo@taftlawcom | |
| *Counsel to Creditors, I Am Detroit, Inc. and Hatteras, Inc.* | *Counsel to the Debtor* |

**US PRINTING AND PACKAGING, LLC**

By: /s/David Puro
David Puro (P70889)
13231 Northend Ave
Oak Park, MI 48237-3212
david@cannatron.com

*Counsel to US Printing & Packaging, LLC*

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 24-40667
 Chapter 13
BRANDON YOPP,
 Judge Maria L. Oxholm
Debtor.
_____

*PROPOSED*
ORDER DIRECTING PRODUCTION OF DOCUMENTS OF
US PRINTING & PACKAGING, LLC

THIS MATTER is before the Court on the *Motion for Order Directing Production of Documents of US Printing & Packaging, LLC* (the "Motion") filed by I Am Detroit, Inc. and Hatteras, Inc. (collectively "the Creditors"); notice of the Motion having been properly served; an objection was filed by the Debtor, US Printing & Packaging, LLC ("USPP") informally objected; and the parties having agreed to resolve Debtor and USPP's objections;

NOW THEREFORE, IT IS HEREBY ORDERED, the Motion is GRANTED, US Printing & Packaging, LLC ("USPP"), is hereby directed to produce the following records to Creditors within fourteen days of the entry of this Order: (a) USPP's bank statements for January 1, 2024 through the date of this Order, (b) general ledger for USPP for the period of January 2023 through June 2024; (c) USPP's income statements for January 2023 through June 2024; (d) USPP's accounts payable ledger for the period of January 2023 through June 2024; (e)

USPP's accounts receivable ledger for the period of January, 2023 through June 2024; (f) USPP's balance sheets for quarters ending March 31, 2024 and June 30, 2024; and (g) USPP's year to date profit and loss statement for 2024. This production is without prejudice to the Creditors' right to request additional relief as to production of other records.